IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>            Plaintiff,    )<br>                          )<br>       v.                 )<br>                          )<br>TRISHA DEANNE THOMAS,     )<br>                          )<br>            Defendant.    )<br>                          ) | 4:07CR3100<br><br>ORDER |

     IT IS ORDERED:

     1.   The motion of Robert B. Creager to withdraw as counsel for the defendant, filing 17, is granted.

     2.   The Federal Public Defender for the District of Nebraska shall provide the court with a draft appointment order (CJA Form 20) for substitute counsel bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

     3.   The new attorney shall enter an appearance promptly upon appointment.

     4.   This matter is removed from the October 1 trial docket and is continued until further order.

     5.   In order to allow new counsel time to familiarize himself or herself with the case, the court finds that the ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between September 20, 2007 and October 30, 2007 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 20th day of September, 2007.

        BY THE COURT:

        s/ *David L. Piester*
        David L. Piester
        United States Magistrate Judge