```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )
                               )           4:07CR3100
         v.                    )
                               )
TRISHA DEANNE THOMAS,          )
                               )              ORDER
              Defendant.       )
                               )
```

IT IS ORDERED:

Defendant's motion for permission to file restricted pleading, filing 32, is granted and the clerk is directed to file defendant's motion (filing 33) as a restricted document.

DATED this 11th day of December, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge