IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3100 |
| | ) | |
| v. | ) | |
| | ) | |
| TRISHA DEANNE THOMAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's motion to seal, filing 38, is granted and the clerk is directed to file plaintiff's brief (filing 39) under seal.

DATED this 17th day of December, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge