IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3100 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| TRISHA DEANNE THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant has moved to be transitioned to intensive outpatient treatment with residence at her mother's home in Grand Island, Nebraska. The government opposes the placement. Her counselors have recommended that she be required to reside in a halfway house to provide her more structure and provide a more treatment-oriented residential atmosphere, away from her home territory and friends, with whom she was using methamphetamine extensively prior to arrest in this case. I have reviewed the matter, together with all of the other information available to me from the initial pretrial services report and subsequent developments. While the defendant has successfully completed her initial treatment at St. Monica's, she also has engaged in what might be characterized as manipulative behavior in attempts to avoid urine testing, avoid a placement in Norfolk, and avoid halfway house placement altogether. Her past indicates that she has not done well when living at home or independently. I think structure is important, and that she should definitely not return to Grand Island. I shall order her to reside in the halfway house.

IT THEREFORE HEREBY IS ORDERED,

Defendant's motion to modify conditions of release, filing 33, is granted in part, and Defendant's Order Setting Conditions of Release, filing 25, is amended in the following respects:

> Paragraph 7(p) thereof is de-selected, and paragraph 7(o) is selected; defendant shall reside, upon her discharge from St. Monica's in Lincoln, at the Bridge in Hastings, Nebraska, subject to the additional conditions set out in that subparagraph.

DATED this 18th day of December, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge