IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3100 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| TRISHA D. THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's initial appearance on petition for action on conditions of pretrial release (filing 48), followed by sentencing, are scheduled on Friday, February 22, 2008, at 12:00 noon, before Judge Kopf, in Courtroom No. 1, Robert V. Denney Federal Building and U.S. Courthouse, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

February 13, 2008.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge